IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ELWOOD SMITH**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #121300**

V.　　　　　　　　　　**CASE NO. 4:22-cv-00635 JM**

**JODI RAINES DENNIS, Judge,**
**Circuit Court of Jefferson County**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE